1   **WARREN TERZIAN LLP**
2   Dan Terzian (SBN 283835)
    *dan.terzian@warrenterzian.com*
3   222 N. Pacific Coast Highway, Suite 2000
    Los Angeles, CA 90245
4   T: (213) 410-2620
5   *Counsel for Defendants*
6   *Global Excel Management, Inc.,*
    *TICORP Limited, and Howserv Limited*
7
8
9
10                  UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13 **Santa Barbara Cottage Hospital**, a California non-profit corporation, | Case No.   22-cv-1244 |
| 15   Plaintiff, | **Defendants Global Excel Management, Inc., TICORP Limited, and Howserv Limited's Notice of Removal of Action to Federal Court pursuant to 28 U.S.C. § 1441** |
| 16   v. | |
| 17 **Global Excel Management, Inc.**, a Canadian for-profit corporation; **TICORP Limited**, a registered Gibraltar company; **Howserv Limited**, a registered UK company; and **Does 1 through 25**, inclusive, | **DEMAND FOR JURY TRIAL** |
| 22   Defendants. | |

23
24
25
26
27
28

1  **To the clerk of the above-entitled court and to each party and their**

2  **attorney of record:**

3       Please take notice that Defendants Global Excel Management, Inc.,

4  TICORP Limited, and Howserv Limited hereby remove this action from the

5  Superior Court of California, County of Santa Barbara, to the United States

6  District Court, Central District of California, Western Division.

7       This Notice of Removal of Action to Federal Court Pursuant to 28 U.S.C.

8  § 1441 ("Notice") is based upon the following:

9                              **JURISDICTION**

10      1.      This Court has jurisdiction over this removed action pursuant to 28

11  U.S.C. §§ 1332 and 1441(b) (diversity).

12      2.      Complete diversity of citizenship exists. Plaintiff Santa Barbara

13  Cottage Hospital is a citizen of California, and Defendants are all citizens of

14  foreign countries. The amount in controversy exceeds $231,400, exclusive of

15  interest and costs.

16                       **SUPERIOR COURT ACTION**
17                    **AND TIMELINESS OF REMOVAL**

18      3.      In November 2021, Plaintiff commenced an action in the Superior

19  Court of California, County of Santa Barbara, entitled *Santa Barbara Cottage

20  Hospital v. Global Excel Management, Inc.*, Case No. 21CV04590 ("State

21  Court Acton"). In its complaint, Plaintiff alleges that it has suffered a loss in an

22  amount exceeding $231,400, exclusive of interest and costs.

23      4.      The named defendants in the State Court Action are Global Excel,

24  TICORP, and Howserv.

25      5.      On January 24, 2022, Howserv and TICORP were served with a

26  copy of the summons and complaint.

27      6.      On February 11, 2022, Global Excel was served with a copy of the

28  summons and complaint.

7.      This Notice is timely pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty days of service of the summons and complaint of any defendant that is filing this Notice.

8.      As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Defendants are attached as Exhibits A and B.

## VENUE

9.      The proper forum for removal is the United States District Court for the Central District of California, Western Division because the State Court Action was filed in the Superior Court of California in and for the County of Santa Barbara. 28 U.S.C. §§ 84(c) and 1441(a).

## BASIS FOR REMOVAL OF ACTION

10.     This Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. §§ 1332 and 1441(b) (diversity).

11.     Complete diversity of citizenship exists, and the amount in controversy exceeds $75,000, exclusive of interests and costs.

12.     Plaintiff is a California citizen. Plaintiff is a corporation organized under California laws and has its principal place of business in California. Exhibit A, Complaint at ¶ 1.

13.     Global Excel is not a California citizen. It's a Canadian corporation with its principal place of business in Canada. *Id.* at ¶ 2.

14.     TICORP is not a California citizen. It's a European entity with its principal place of business there. *Id.* at ¶ 3.

15.     Howserv is not a California citizen. It's a European entity with its principal place of business there. *Id.* at ¶ 4.

16.     The amount in controversy, exclusive of interests and costs, exceeds $75,000. The complaint alleges damages of at least $231,400.23. *Id.* at ¶ 34.

DEFENDANTS' NOTICE OF REMOVAL

1    **NOTICE TO STATE COURT AND TO PLAINTIFF**

2        17.   Contemporaneously with filing this Notice in the United States

3    District Court, undersigned will give written notice of this filing to Plaintiff's

4    counsel of record, and a copy of the Notice will be filed with Superior Court of

5    California, County of Santa Barbara.

6

7

8    Dated: February 23, 2022          **WARREN TERZIAN LLP**

9

10                                     _____

11                                     Dan Terzian

12                                     *Counsel for Defendants*
                                       *Global Excel Management, Inc.,*
13                                     *TICORP Limited, and Howserv*
                                       *Limited*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**DEMAND FOR JURY TRIAL**

2    Global Excel, TICORP, and Howserv demand a jury trial on all issues so

3 triable.

4

5 Dated: February 23, 2022          **WARREN TERZIAN LLP**

6

7                                   Dan Terzian

8

9                                   *Counsel for Defendants*
*Global Excel Management, Inc.,*
10                                  *TICORP Limited, and Howserv*
*Limited*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

### SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

---

Identity and address of the addressee/ Identité et adresse du destinataire

**Howserv Limited**
**Britannia House, 3-5 Rushmills Business Park**
**Northampton, NN4 7YB England**

---

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO: State Bar of California, 180 Howard Street, San Francisco, CA 94105 USA, Tel: (415) 538-2000, www.calbar.ca.gov / Santa Barbara County Bar Association Lawyer Referral Service, Tel: (805) 569-9400, www.sblaw.org

### IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDEISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORINIE PEUVENT ETRE ADDRESSEES: State Bar of California, 180 Howard Street, San Francisco, CA 94105 USA, Tel: (415) 538-2000, www.calbar.ca.gov / Santa Barbara County Bar Association Lawyer Referral Service, Tel: (805) 569-9400, www.sblaw.org

Case Name:  Santa Barbara Cottage Hospital  v.  Global Excel Management, Inc.
Defendant:  Howserv Limited
Court Case No.:  21CV04590

APS File:  283587 - 1

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:*                      **Christopher Hapak**
LAW OFFICES OF STEPHENSON ACQUISTO & COLMAN, INC.
303 N. Glenoaks Blvd., Suite 700, Burbank, CA  91502, USA

Particulars of the parties*:
*Identité des parties*_____ Santa Barbara Cottage Hospital  v.  Global Excel Management, Inc.

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons, Complaint for Damages, Order and Notice of Case Assignment; Notice of Case Management Conference, Ex Parte Application for Extension of Time to Serve Pleading and Order Extending Time to Serve and Order Continuing Case Management Conference, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*____ The purpose of this document is to inform  **Howserv Limited**  that a lawsuit has been started against them and that they have been joined as a defendant.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige:*  Plaintiff's claim against the defendant is for damages and other relief in an amount to be determined as a result of the defendant's breach of implied-in-fact contract. See attached documents for additional information.

Date and place for entering appearance**:
*Date et lieu de la comparution:* Defendant is required to file a written response with the Clerk of Superior Court of California, County of Santa Barbara, located at 1100 Anacapa Street, Santa Barbara, California  93121-1107 USA and have a copy served on Plaintiff / Plaintiff's Attorney, Christopher Hapak, of Law Offices of Stephenson Acquisto & Colman, Inc., located at 303 N. Glenoaks Blvd., Suite 700, Burbank, CA 91502 USA within 30 calendar days after service of the attached documents.

Court which has given judgment**:
*Juridiction qui a rendu la décision:*_____  N/A

Date of judgment**:
*Date de la décision:*_____  N/A

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:* Defendant is required to file a written response with the Clerk of Court and have a copy served on Plaintiff / Plaintiff's Attorney, within 30 calendar days after service of the attached documents.
Failure to do so may result in the plaintiff(s) taking a default judgment against the defendant for the relief demanded in the attached documents.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*_____  N/A

Time limits stated in the document**:
*Indication des délias figurant dans l'acte*_____  N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
   *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*  Delete if inappropriate.
   *Rayer les mentions inutiles.*

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|
| **NOTICE TO DEFENDANT:** GLOBAL EXCEL MANAGEMENT, INC., a *(AVISO AL DEMANDADO):* Canadian for-profit corporation; TICORP LIMITED, a registered Gibraltar company; HOWSERV LIMITED, a registered UK company; and DOES 1 THROUGH 25, INCLUSIVE<br><br>**YOU ARE BEING SUED BY PLAINTIFF:** SANTA BARBARA COTTAGE *(LO ESTÁ DEMANDANDO EL DEMANDANTE):* HOSPITAL, a California non-profit corporation | ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>11/18/2021 4:30 PM<br>By: Narzralli Baksh, Deputy |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Santa Barbara<br>1100 Anacapa Street<br>Santa Barbara, California 93121-1107 | CASE NUMBER:<br>*(Número del Caso)* 21CV04590 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Christopher Hapak, SBN 267212
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
LAW OFFICES OF STEPHENSON ACQUISTO & COLMAN, INC.
303 N. Glenoaks Blvd., Suite 700, BURBANK, CA 91502          (818) 559-4477

| DATE: 11/18/2021 | Clerk, by | /s/ Narzralli Baksh | , Deputy |
|---|---|---|---|
| *(Fecha)* | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

| [SEAL] | 1. ☐ as an individual defendant. |
|---|---|
| | 2. ☐ as the person sued under the fictitious name of *(specify):* |
| | 3. ☑ on behalf of *(specify):* Howserv Limited |
| | under: ☑ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor) |
| | ☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee) |
| | ☐ CCP 416.40 (association or partnership)          ☐ CCP 416.90 (authorized person) |
| | ☐ other *(specify):* |
| | 4. ☐ by personal delivery on *(date):* |

| | | Page 1 of 1 |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder |

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
11/18/2021 4:30 PM
By: Narzralli Baksh, Deputy

1  LAW OFFICES OF STEPHENSON,
   ACQUISTO & COLMAN, INC.
2  CHRISTOPHER HAPAK, ESQ.  (SBN 267212)
   303 N. Glenoaks Blvd., Suite 700
3  Burbank, CA 91502-3226
   Telephone:    (818) 559-4477
4  Facsimile:    (818) 559-5484
5  chapak@sacfirm.com
   Attorneys for Plaintiff - SANTA BARBARA COTTAGE
6  HOSPITAL, a California non-profit corporation

7

8                 SUPERIOR COURT OF CALIFORNIA

9              FOR THE COUNTY OF SANTA BARBARA

10                    UNLIMITED JURISDICTION

11                                              21CV04590

   SANTA BARBARA COTTAGE HOSPITAL,   CASE NO.:
12 a California non-profit corporation,
                                       COMPLAINT FOR DAMAGES FOR:
13              Plaintiff,
                                       1.   BREACH OF IMPLIED-IN-FACT
14        v.                                CONTRACT;  and

15 GLOBAL EXCEL MANAGEMENT, INC., a    2.   *QUANTUM MERUIT*.
   Canadian for-profit corporation;
16 TICORP LIMITED, a registered Gibraltar
   company; HOWSERV LIMITED, a registered
17 UK company; and DOES 1 THROUGH 25,
   INCLUSIVE,
18
19              Defendants.
20

21              __COMPLAINT FOR DAMAGES__

22

23                      __PARTIES__

24

25        1.    Plaintiff, SANTA BARBARA COTTAGE HOSPITAL, a non-profit

26 corporation organized and existing pursuant to the laws of the State of California (hereafter

27 "Cottage Hospital").  Cottage Hospital has its principal place of business in the City of Santa

28 Barbara, County of Santa Barbara, State of California.  Cottage Hospital provides medical care

   to patients.
   FC 28553                              - 1 -     COMPLAINT FOR DAMAGES: 1. BREACH OF
                                                  IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
                                                  MERUIT*

2.      Defendant Global Excel Management, Inc. ("Global Excel") is a Canadian for-profit corporation qualified to do business in the State of California, and is organized and existing pursuant to the laws of Canada. Global has its principal place of business in Quebec, Canada. Global Excel is in the business of arranging for the provision of health care services to its enrollees and/or paying for or reimbursing part or all of the cost for those services.

3.      Defendant TICORP Limited ("TICORP") is a company qualified to do business in the State of California, and is organized and existing pursuant to the laws of the United Kingdom and/or Gibraltar (a British Territory). TICORP limited has its principal place of business in Gibraltar. Among other things, TICORP is in the business of sponsoring or administering health plans with out-of-country coverage and travel health insurance.

4.      Defendant Howserv Limited ("Howserv") is a company qualified to do business in the State of California, and is organized and existing pursuant to the laws of the United Kingdom. Howserv has its principal place of business in Northampton, England. Among other things, Howserv is in the business of sponsoring or administering health plans with out-of-country coverage and travel health insurance

5.      Cottage Hospital is unaware of the true names and capacities, whether corporate, associate, individual, partnership or otherwise of defendants Does 1 through 25, inclusive, and therefore, sues such defendants by such fictitious names. Cottage Hospital will seek leave of the Court to amend this complaint to allege their true names and capacities when ascertained.

6.      Defendants Global Excel, TICORP, Howserv, and Does 1 through 25, inclusive, shall be collectively referred to as "Defendants."

7.      Defendants, and each of them, at all relevant times, have transacted business in the State of California. The violations alleged within this complaint have been and are being carried out in the State of California.

- 2 -   COMPLAINT FOR DAMAGES: 1. BREACH OF IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM MERUIT*

FC 28553

1    8.    At all relevant times each of the defendants, including the defendants

2  named "Doe," was and is the agent, employee, employer, joint venturer, representative, alter ego,

3  subsidiary, and/or partner of one or more of the other defendants, and was, in performing the acts

   complained of herein, acting within the scope of such agency, employment, joint venture, or

4  partnership authority, and/or is in some other way responsible for the acts of one or more of the

5  other defendants.

6

7                     COMMON FACTUAL BACKGROUND

8

9    9.    Cottage Hospital provided medically necessary, emergency services,

10  supplies and/or equipment to Patient A.T. (ID 218981**)[1] from October 2, 2019 continuously

11  through October 22, 2019.  At all relevant times, Patient A.T. was an enrolled beneficiary and/or

   member of a health plan sponsored, administered, and/or funded by Defendants.

12

13    10.    At all relevant times, Cottage Hospital and Defendants did not have a

14  written agreement governing reimbursement rates for the medically necessary services, supplies

15  and/or equipment, which Cottage Hospital rendered or would render to patients who were

16  members of Defendants' health plan.

17

18    11.    At all relevant times, Cottage Hospital contacted Defendants by telephone

19  to ascertain whether or not Defendants were responsible for the costs associated with the

20  medically necessary, emergency services, supplies and/or equipment rendered to the Patient A.T.

   In response, Defendants' agent provided to Cottage Hospital the relevant insurance verification

21  and insurance coverage eligibility information for Patient A.T. under Defendants health plan.

22

23    12.    At all relevant times, Defendants held itself out to be the responsible payor

24  for the services provided to the Patient A.T.

25

26

27  [1] Cottage Hospital has limited disclosure of patient identification here pursuant to the privacy
   provisions of the Health Insurance Portability & Accountability Act ("HIPAA"), 42 U.S.C §§

28  1320d *et seq.*, and the California Constitution, art. 1 § 1.

FC 28553                                    - 3 -    COMPLAINT FOR DAMAGES: 1. BREACH OF
                                                     IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
                                                     MERUIT*

13.   Cottage Hospital rendered medically necessary, emergency services, supplies and/or equipment to the Patient A.T.

14.   At all relevant times, Defendants and/or its agent authorized the medical services rendered to the Patient A.T. by Cottage Hospital.

15.   Cottage Hospital's usual and customary charges for the medically necessary, emergency services, supplies and/or equipment rendered to Patient A.T. were an amount to be proven at trial according to proof but not less than $373,226.17.

16.   Cottage Hospital timely and properly submitted to Defendants at the United States address provided by Defendants its bill for the medically necessary, emergency services, supplies and/or equipment rendered to the Patient A.T., for payment by Defendants.

17.   Defendants owed Cottage Hospital a total of $373,226.17 for the medically necessary, emergency services, supplies and/or equipment rendered to the Patient A.T.

18.   To date, Defendants have paid $141,825.94 to Cottage Hospital for the medically necessary, emergency services, supplies and/or equipment rendered to Patient A.T., but has failed to pay Cottage Hospital the remaining $231,400.23 amount due, despite demands thereof.

19.   As a result of Defendants' misconduct, Cottage has suffered damages in an amount to be proven at trial according to proof but which exceeds $231,400.23, exclusive of interest.

FC 28553

- 4 -   COMPLAINT FOR DAMAGES: 1. BREACH OF IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM MERUIT*

1
2
3
4
5
6
7
8

## FIRST CAUSE OF ACTION

(Implied-in-Fact Contract)

(Against Defendants,

and/or including Does 1 through 25, inclusive)

9     20.     Cottage Hospital incorporates by reference and re-alleges paragraphs 1
10   through 19 here as though set forth in full.

11

12     21.     Prior to the treatment rendered by Cottage Hospital, through custom and
13   practice, Cottage Hospital and Defendants impliedly agreed and understood that Cottage
14   Hospital would render medically necessary and emergency care to Defendants' enrollees, submit
15   bills for such care to Defendants, and that Defendants would pay Cottage Hospital for the
16   necessary medical treatment rendered to the Patient A.T.  Specifically Cottage Hospital
     contacted Defendants to verify Patient A.T.'s healthcare eligibility under Defendants' plan and to
17   obtain authorization from Defendants for the medical services. In response, Defendants
18   represented that Patient A.T. was a beneficiary under Defendants' health plan.

19

20     22.     On or about the time Cottage Hospital admitted the Patient A.T., Cottage
21   Hospital and Defendants had entered into an implied-in-fact contract as demonstrated by custom
22   and practice as well as the actions and conduct of Defendants. Cottage Hospital alleges that
23   Defendants offered to reimburse Cottage Hospital should Cottage Hospital provide medically
     necessary care to Defendants' enrollees. Cottage Hospital accepted that offer and did in fact
24   provide medically necessary care to Defendants' enrollees. Here, Cottage Hospital properly
25   billed Defendants for the medically necessary services rendered to Patient A.T., and Defendants
26   did in fact actually reimburse Cottage Hospital for a portion of the services rendered in partial
27   compliance with the implied-in-fact contract. The dispute in this matter is not whether
28   Defendants should have paid Cottage Hospital, but rather as to the amount Defendants should

- 5 -

FC 28553

1   have paid to Cottage Hospital for the services rendered to Patient A.T.

2

3         23.    Cottage Hospital rendered medically necessary, emergency services,

4   supplies and/or equipment to the Patient A.T. from the time of the Patient A.T.'s admission to

5   the time his condition had sufficiently stabilized to enable him to be discharged.  California

6   Health & Safety Code §1371.4(b) provides, in pertinent part: "[a] health care service plan shall

7   reimburse providers for emergency services and care provided to its enrollees." Defendants

8   violated California Health & Safety Code §1371.4(b) by failing to fully reimburse Cottage

9   Hospital for the medically necessary, emergency services, supplies and/or equipment rendered to
    the Patient A.T.

10

11        24.    Cottage Hospital performed all conditions requires on its part to be

12  performed in accordance with the terms and conditions of that implied-in-fact contract.  Cottage

13  Hospital reasonably relied on Defendants promises and conduct to pay for medical services and
    treated Patient A.T. in reliance on those promises and upon such conduct.

14

15        25.    Defendants breached that implied-in-fact contract by underpaying Cottage

16  Hospital for the medical necessary services, supplies and/or equipment rendered or supplied to

17  the Patient A.T.

18

19        26.    As a result of Defendants' breach of implied-in-fact contract, Cottage

20  Hospital has suffered damages in an amount to be proven at trial but not less than the sum of

21  $231,400.23, exclusive of interest.

22

23  <div align="center">

**SECOND CAUSE OF ACTION**

*(Quantum Meruit)*

24

(Against Defendants,

25

and/or including Does 1 through 25, inclusive)

</div>

26

27        27.    Cottage Hospital incorporates by reference and re-alleges paragraphs 1

28

FC 28553

- 6 -    COMPLAINT FOR DAMAGES: 1. BREACH OF
IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
MERUIT*

1   through 1 here as though set forth in full.

2

3       28.     By its words and/or conduct, Defendants requested that Cottage Hospital

4   provide Patient A.T. with medically necessary services, supplies and/or equipment.

5

6       29.     Acting pursuant to Defendants implied and/or express request, Cottage

7   Hospital provided Patient AT. with medically necessary services, supplies and/or equipment.

8       30.     Cottage Hospital's rendering of medically necessary services, supplies

9   and/or equipment to Patient A.T. was intended to, and did, benefit the Patient A.T. and therefore

10  Defendants.

11

12      31.     For rendering the medically necessary services, supplies and/or equipment

13  to Patient A.T., Cottage Hospital reasonably expected full reimbursement of its billed charges at

14  its usual and customary rates.

15

16      32.     As stated above, Cottage Hospital's usual and customary total billed

17  charges for the medically necessary services, supplies and/or equipment it rendered to Patient

18  A.T. was an amount to be proven at trial according to proof but not less than $373,226.17.

19      33.     Cottage Hospital demanded Defendants appropriately pay for the

20  medically necessary services, supplies and/or equipment it rendered to Patient A.T. but

21  Defendants failed to properly pay Cottage Hospital.

22

23      34.     As a result of Defendants' misconduct, Cottage Hospital has suffered

24  damages in an amount to be proven at trial according to proof but which exceeds $231,400.23,

25  exclusive of interest.

26

27

28

FC 28553                                    - 7 -    COMPLAINT FOR DAMAGES: 1. BREACH OF
                                                      IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM*
                                                      *MERUIT*

## PRAYER FOR RELIEF

**WHEREFORE,** Cottage Hospital prays for judgment as follows:

For All Causes of Action;

      1.    for the principal sum of $231,400.23;

      2.    for interest on such principal sum at the rate of 15% per annum, pursuant to Cal. Health & Safety Code § 1371; or, in the alternative, for interest on such principal sum at the rate of 10% per annum, pursuant to Cal. Civ. Code § 3289;

      3.    for all costs of suit incurred herein; and,

      4.    for such other and further relief as the Court deems just and proper.

Dated: 18 November 2021

                            LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.

                            Christopher Hapak

                            Attorneys for SANTA BARBARA COTTAGE HOSPITAL, a California non-profit corporation

FC 28553

- 8 -

COMPLAINT FOR DAMAGES; 1. BREACH OF IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM MERUIT*

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS:   1100 Anacapa Street<br>CITY AND ZIP CODE:   Santa Barbara CA 93101<br>BRANCH NAME:   Anacapa | **FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br>**11/19/2021**<br>Darrel E. Parker, Executive Officer<br>BY  Baksh, Narzralli<br>Deputy Clerk |
| CAPTION:<br>**Santa Barbara Cottage Hospital vs Global Excel Management Inc et al** | |

| ORDER AND NOTICE OF CASE ASSIGNMENT;<br>NOTICE OF CASE MANAGEMENT CONFERENCE | CASE NUMBER:<br>21CV04590 |
|---|---|

The above case is hereby assigned to Judge **Donna D Geck** for ALL purposes, including trial.  All future matters, including ex-parte matters, are to be scheduled with the assigned judge.  Counsel shall include the name of the assigned judge in the caption of every document filed with the court.  The above-entitled case is hereby ordered set for:

Case Management Conference on 03/18/2022 at 8:30 AM in SB Dept 4 at the court address above.

PLAINTIFF SHALL GIVE NOTICE of this assignment to ALL parties brought into the case, including but not limited to defendants, cross-defendants and intervenors.  A Proof of Service of this ORDER & NOTICE OF CASE ASSIGNMENT is to be filed with the Court within five (5) working days after service.  Failure to give notice and file proof thereof or failure to appear may result in the imposition of sanctions.  Pursuant to California Rule of Court 3.725, no later than fifteen (15) calendar days before the date set for the Case Management Conference, each party must file a Case Management Statement (Judicial Council form CM110).  In lieu of each party filing a separate Case Management Statement, any two or more parties may file a joint statement.

Appearance by Zoom video conference is currently optional for Civil Case Management Conferences.  Use the links provided to access the Remote Hearing Information flyer in English https://www.sbcourts.org/gi/notices/Zoom_Instructions.pdf, and in Spanish https://www.sbcourts.org/gi/notices/Zoom_InstructionsSP.pdf.  Or visit the to the court's website at www.sbcourts.org and click on Remote Appearance by Zoom.

At the Court's discretion, counsel, parties and insurance representatives (if any) with full settlement authority may be required to attend a CADRe Information Meeting within ten (10) days of the Conference date.

Dated:   11/19/2021

*Pauline Maxwell*

Judge of the Superior Court
Pauline Maxwell

---

**CLERK'S CERTIFICATE OF MAILING**

I certify that I am not a party to this action and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown, and that the mailing of the foregoing and execution of this certificate occurred at (place): Santa Barbara, California on: 11/19/21.

Christopher Hapak
Law Offices of Stephenson Acquisto & Colman Inc
303 N Glenoaks Blvd Suite 700
Burbank CA 91502

Darrel E. Parker, Executive Officer          By          Narzralli Baksh          Deputy Clerk

| SC-2028 [Rev. 7/1/02] | ORDER & NOTICE OF CASE ASSIGNMENT<br>NOTICE OF CASE MANAGEMENT CONFERENCE | Local Rule 1309<br>CRC 3.222 |

Pursuant to CRC 2.259 this document has been electronically filed by the
Superior Court of California, County of Santa Barbara, on 1/11/2022

CM-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER HAPAK, ESQ.          SBN: 267212<br>LAW OFFICES OF STEPHENSON ACQUISTO & COLMAN, INC.<br>303 N. Glenoaks Blvd., Suite 700, BURBANK, CA 91502<br>TELEPHONE NO.:(818) 559-4477    FAX NO. *(Optional)*: (818) 559-5484<br>E-MAIL ADDRESS *(Optional)*:chapak@sacfirm.com<br>ATTORNEY FOR *(Name)*:Plaintiff, Santa Barbara Cottage Hospital | **FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br>**01/12/2022**<br>Darrel E. Parker, Executive Officer<br>BY  Baksh, Narzralli<br>                                   Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
  STREET ADDRESS:1100 Anacapa Street
  MAILING ADDRESS:P.O. Box 21107
  CITY AND ZIP CODE:Santa Barbara, 93121-1107
  BRANCH NAME:Santa Barbara - Anacapa Division

PLAINTIFF/PETITIONER:Santa Barbara Cottage Hospital

DEFENDANT/RESPONDENT:Global Excel Management, Inc., et al.

| EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE<br>PLEADING  AND [X] ORDER EXTENDING TIME TO SERVE AND<br>[X] ORDER CONTINUING CASE MANAGEMENT CONFERENCE | CASE NUMBER:<br>21CV04590 |
|---|---|
| Note: This ex parte application will be considered without a personal appearance.<br>(See Cal. Rules of Court, rule 3.1207(2).) | HEARING DATE: March 18, 2022<br>DEPT.:4          TIME: 8:30 A.M. |

1. Applicant *(name)*: Plaintiff, Santa Barbara Cottage Hospital
   is
   a. [X] plaintiff
   b. [ ] cross-complainant
   c. [ ] petitioner
   d. [ ] defendant
   e. [ ] cross-defendant
   f. [ ] respondent
   g. [ ] other *(describe)*:

2. The complaint or other initial pleading in this action was filed on *(date)*:11/18/2021

3. Applicant requests that the court grant an order extending time for service of the following pleading:
   a. [X] Complaint
   b. [ ] Cross-complaint
   c. [ ] Petition
   d. [ ] Answer or other responsive pleading
   e. [X] Other *(describe)*: Summons, Notice of Case Management Conference, Civil Case Cover Sheet and Civil Case Cover
       Addendum

4. Service and filing of the pleading listed in item 3 is presently required to be completed by *(date)*: 1/17/2022

5. Previous applications, orders, or stipulations for an extension of time to serve and file in this action are:
   a. [X] None
   b. [ ] The following *(describe all, including the length of any previous extensions)*:

6. Applicant requests an extension of time to serve and file the pleading listed in item 3 on the following parties *(name each)*:
   As to all Defendants:  1. Global Excel Management, Inc. 2. TICORP Limited and 3. HOWSERV Limited.

| **EX PARTE APPLICATION FOR EXTENSION OF TIME<br>TO SERVE PLEADING AND ORDERS** |

CM-020

| CASE NAME: Santa Barbara Cottage Hospital v. Global Excel Management, Inc. | CASE NUMBER:<br>21CV04590 |
|---|---|

7. The pleading has not yet been filed and served on the parties listed in Item 6 for the following reasons *(describe the efforts that have been made to serve the pleading and why service has not been completed)*:
Global Excel Management, Inc. is a Canadian corporation - service for Global requires portions of the documents to be translated into French; TICORP Limited, and HOWSERV Limited, are located in the United Kingdom.  Additional time is

[X] Continued on Attachment 7.

8. An extension of time to serve and file the pleading should be granted for the following reasons:
All Defendants reside outside the USA.  Due to Covid restrictions, and translation and certification of documents, Plaintiff requires additional time to complete service, file proofs of service, up to and including April 18, 2022.

[ ] Continued on Attachment 8.

9. If an extension of time is granted, filing and service on the parties listed in Item 6 will be completed by *(date):* April 18, 2022

10. Notice of this application under rules 3.1200–3.1207 [ ] has been provided as required *(describe all parties or counsel to whom notice was given; the date, time, and manner of giving notice; what the parties or counsel were told and their responses; and whether opposition is expected) or* [X] *is not required (state reasons):*
Service is not complete to allow for parties or counsel to respond.

[ ] Continued on Attachment 10.

11. Number of pages attached: 1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/11/2022

CHRISTOPHER HAPAK, ESQ.
(TYPE OR PRINT NAME OF APPLICANT OR ATTORNEY FOR APPLICANT)

▶ _(signature)_
(SIGNATURE OF APPLICANT OR ATTORNEY FOR APPLICANT)

Order on Application is [X] below [ ] on a separate document.

## ORDER

1. The application for an order extending time to serve and file the pleading is [X] granted [ ] denied.
2. The pleading must be served and filed no later than *(date):* **April 18, 2022**
3. [X] The case management conference is rescheduled to:
   a. Date: **4/29/2022**
   b. Time: **8:30 AM**
   c. Place: **Dept. 4**
4. Other orders:

5. A copy of this application and order must be served on all parties or their counsel that have appeared in the case.

Date: **01/12/2022**

_(signature)_
JUDICIAL OFFICER
**Donna D. Geck**

CM-020 [Rev. January 1, 2008]  |  **EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING AND ORDERS**  |  Page 2 of 2

**MC-025**

| SHORT TITLE: Santa Barbara Cottage Hospital v. Global Excel Management, Inc. | CASE NUMBER: 21CV04590 |
|---|---|

**ATTACHMENT (Number):** _____7_____

*(This Attachment may be used with any Judicial Council form.)*

required due to Covid restrictions.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ___1___ of ___1___

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christopher Hapak, Esq.                         SBN: 267212<br>LAW OFFICES OF STEPHENSON ACQUISTO & COLMAN, INC.<br>303 N. Glenoaks Blvd., Suite 700, BURBANK, CA 91502<br>TELEPHONE NO.(818) 559-4477      FAX NO. (Optional):(818) 559-5484<br>E-MAIL ADDRESS: chapak@sacfirm.com<br>ATTORNEY FOR (Name): Plaintiff, Santa Barbara Cottage Hospital | ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>11/18/2021 4:30 PM<br>By: Narzralli Baksh, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS: P.O. Box 21107
CITY AND ZIP CODE: Santa Barbara, 93121-1107
BRANCH NAME: Santa Barbara - Anacapa Division

CASE NAME: Santa Barbara Cottage Hospital v. Global Excel Management, Inc., et al

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 21CV04590 |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[X] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): 1. Breach of Implied-In-Fact Contract; and 2. Quantum Meruit
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 11-18-2021
Christopher Hapak, Esq.
_____
(TYPE OR PRINT NAME)                              ▶              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS):*         TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| Christopher Hapak, Esq. SBN 267212        (818) 559-4477<br>LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.<br>303 North Glenoaks Boulevard, Suite 700     chapak@sacfirm.com<br>Burbank, California 91502-3226<br>ATTORNEY FOR *(NAME):* Plaintiff, Santa Barbara Cottage Hospital | ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>11/18/2021 4:30 PM<br>By: Narzralli Baksh, Deputy |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA | |
|---|---|
| ☒ Santa Barbara–Anacapa    ☐ Santa Maria-Cook    ☐ Lompoc Division<br>    1100 Anacapa Street      312-E East Cook Street    115 Civic Center Plaza<br>    Santa Barbara, CA 93101    Santa Maria, CA 93454    Lompoc, CA 93436 | |

| PLAINTIFF: Santa Barbara Cottage Hospital | |
|---|---|
| DEFENDANT: Global Excel Management, Inc., et al. | |

| CIVIL CASE COVER SHEET ADDENDUM | CASE NUMBER: 21CV04590 |
|---|---|

Santa Barbara County Superior Court Local Rule, rule 201 divides Santa Barbara County geographically into two separate regions referred to as "South County" and "North County," the boundaries of which are more particularly defined in rule 201. "South County" includes the cities of Carpinteria, Santa Barbara, and Goleta; "North County" includes the cities of Santa Maria, Lompoc, Buellton and Solvang. A map depicting this geographical division is contained in Appendix 1 to the local rules.

Local Rule 203 provides: "When, under California law, 'North County' would be a 'proper county' for venue purposes, all filings for such matters shall be in the appropriate division of the Clerk's office in North County. All other filings shall be made in the Clerk's office in the appropriate division of the Court in South County. The title of the Court required to be placed on the first page of documents pursuant to CRC 2.111 includes the name of the appropriate Court division."

A plaintiff filing a new complaint or petition is required by Local Rule 1310 to complete and file this Civil Case Cover Sheet Addendum to state the basis for filing in North County or South County.

The undersigned represents to the Court:

This action is filed in   ☐ North County   ☒ South County   because venue is proper in this region for the following reason(s):

☐ A defendant resides or has its principal place of business in this region at: _____
_____

☒ The personal injury, damage to property, or breach of contract that is claimed in the complaint occurred in this region at: Santa Barbara Cottage Hospital, 400 West Pueblo Street, Santa Barbara, CA 93105.
_____

☐ There is a related case filed with the court in this region (e.g., the related personal injury action to a petition to transfer structured settlement payments) [identify case, including case number]: _____
_____

☐ Venue is otherwise proper in this region because [explain]: _____

Dated: 11/18/2021 _____

_____
*Signature of Plaintiff or Plaintiff's Counsel*

Form Adopted for Mandatory Use<br>Santa Barbara Superior Court<br>SC-2069 [New July 2016]        **CIVIL CASE COVER SHEET ADDENDUM**

# Exhibit B

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires
en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

---

Identity and address of the addressee/ Identité et adresse du destinataire

**Global Excel Management, Inc.**
**73 Queen Street**
**Sherbrooke, Québec Canada   J1M 0C9**

---

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT, YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO: State Bar of California, 180 Howard Street, San Francisco, CA 94105 USA, Tel: (415) 538-2000, www.calbar.ca.gov / Santa Barbara County Bar Association Lawyer Referral Service, Tel: (805) 569-9400, www.sblaw.org

### IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR UNE ASSISTANCE JUDICIAIRE OU UNE CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR UNE ASSISTANCE JUDICIAIRE OU UNE CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE PEUVENT ÊTRE ADRESSÉES À : State Bar of California (Barreau de l'État de la Californie), 180 Howard Street, San Francisco, CA 94105 États-Unis ; tél. : (415) 538-2000, www.calbar.ca.gov / Santa Barbara County Bar Association Lawyer Referral Service (Service de référence d'avocats de l'Association du Barreau du comté de Santa Barbara), tél. : (805) 569-9400, www.sblaw.org

Case Name/Intitulé de l'affaire : Santa Barbara Cottage Hospital v. Global Excel Management, Inc.    APS File/Dossier APS : 283587 - 3
Defendant/Défendeur : Global Excel Management, Inc.
Court/Case No./Nᵒ de l'affaire : 21CV04590

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante :* **Christopher Hapak**
LAW OFFICES OF STEPHENSON ACQUISTO & COLMAN, INC.
303 N. Glenoaks Blvd., Suite 700, Burbank, CA 91502, États-Unis

Particulars of the parties*:
*Identité des parties :* Santa Barbara Cottage Hospital v. Global Excel Management, Inc.

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons, Complaint for Damages, Order and Notice of Case Assignment, Notice of Case Management Conference, Ex Parte Application for Extension of Time to Serve Pleading and Order Extending Time to Serve and Order Continuing Case Management Conference, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum

LISTE DES DOCUMENTS : Éléments essentiels de l'acte à signifier, Assignation, Plainte en dommages-intérêts, Ordonnance et avis d'attribution de l'affaire, Notification de la conférence sur la gestion du dossier judiciaire, Demande Ex Parte de prolongation du délai de signification de l'acte de procédure et Ordonnance prolongeant le délai de signification et Ordonnance pour la poursuite de la conférence sur la gestion du dossier judiciaire, Page de couverture pour une affaire au civil, Addendum à la Page de couverture pour une affaire au civil

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
The purpose of this document is to inform **Global Excel Management, Inc.** that a lawsuit has been started against them and that they have been joined as a defendant.

*Nature et objet de l'acte :* Ce document a pour objet d'informer la société **Global Excel Management Inc.** qu'une action en justice a été engagée contre elle et qu'elle a été jointe comme partie défenderesse.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff's claim against the defendant is for damages and other relief in an amount to be determined as a result of the defendant's breach of implied-in-fact contract. See attached documents for additional information.

*Nature et objet de l'instance et, le cas échéant, montant du litige :* La demande du Demandeur à l'encontre du Défendeur est une demande de dommages-intérêts et d'autres mesures de redressement d'un montant qui sera déterminé, en conséquence de la rupture d'un contrat tacite par le Défendeur. Voir les documents ci-joints pour des informations plus détaillées.

Date and place for entering appearance**:
Defendant is required to file a written response with the Clerk of Superior Court of California, County of Santa Barbara, located at 1100 Anacapa Street, Santa Barbara, California 93121-1107 USA and have a copy served on Plaintiff / Plaintiff's Attorney, Christopher Hapak, of Law Offices of Stephenson Acquisto & Colman, Inc., located at 303 N. Glenoaks Blvd., Suite 700, Burbank, CA 91502 USA within 30 calendar days after service of the attached documents.

*Date et lieu de la comparution** :* Le Défendeur est tenu de déposer une réponse écrite auprès du greffier de la Cour supérieure de Californie pour le comté de Santa Barbara, à l'adresse suivante : Clerk of Superior Court of California, County of Santa Barbara, 1100 Anacapa Street, Santa Barbara, CA 93121-1107 États-Unis, et d'en faire signifier un exemplaire au Demandeur / à l'avocat du Demandeur, Christopher Hapak, du cabinet Law Offices of Stephenson, Acquisto & Colman, à l'adresse suivante : 303 N. Glenoaks Blvd., Suite 700, Burbank, CA 91502 États-Unis, dans les 30 jours civils suivant la signification des documents ci-joints.

Court which has given judgment**:     N/A
*Juridiction qui a rendu la décision** :*     S/O

Date of judgment**:     N/A
*Date de la décision** :*     S/O

Time limits stated in the document**:
Defendant is required to file a written response with the Clerk of Court and have a copy served on Plaintiff / Plaintiff's Attorney, within 30 calendar days after service of the attached documents.
Failure to do so may result in the plaintiff(s) taking a default judgment against the defendant for the relief demanded in the attached documents.

*Indication des délais figurant dans l'acte\*\* :* Le Défendeur est tenu de déposer une réponse écrite auprès du greffier de la Cour et d'en faire signifier un exemplaire au Demandeur / à l'avocat du Demandeur dans les 30 jours civils suivant la signification des documents ci-joints.
Tout manquement à agir ainsi peut donner lieu à un jugement par défaut rendu à la demande du Demandeur contre le Défendeur pour les mesures de redressement réclamées dans les documents ci-joints.

### EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:     N/A
*Nature et objet de l'acte :*             S/O

Time limits stated in the document\*\*:     N/A
*Indication des délais figurant dans l'acte :*     S/O

---

\*      If appropriate, identity and address of the person interested in the transmission of the document.           Page 2
        *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*    Delete if inappropriate.
        *Rayer les mentions inutiles.*

## SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciares et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

---

Identity and address of the addressee/ Identité et adresse du destinataire

**Global Excel Management, Inc.**
**73 Queen Street**
**Sherbrooke, Quebec Canada   J1M 0C9**

---

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO: State Bar of California, 180 Howard Street, San Francisco, CA 94105 USA, Tel: (415) 538-2000, www.calbar.ca.gov / Santa Barbara County Bar Association Lawyer Referral Service, Tel: (805) 569-9400, www.sblaw.org

### IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDEISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORINIE PEUVENT ETRE ADRESSEES: State Bar of California, 180 Howard Street, San Francisco, CA 94105 USA, Tel: (415) 538-2000, www.calbar.ca.gov / Santa Barbara County Bar Association Lawyer Referral Service, Tel: (805) 569-9400, www.sblaw.org

Case Name:  Santa Barbara Cottage Hospital  v.  Global Excel Management, Inc.
Defendant:  Global Excel Management, Inc.
Court Case No.:  21CV04596

APS File:  283587 - 3

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:*_____

**Christopher Hapak**
LAW OFFICES OF STEPHENSON ACQUISTO & COLMAN, INC.
303 N. Glenoaks Blvd., Suite 700, Burbank, CA  91502, USA

Particulars of the parties*:
*Identité des parties*    Santa Barbara Cottage Hospital  v.  Global Excel Management, Inc.

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons, Complaint for Damages, Order and Notice of Case Assignment; Notice of Case Management Conference, Ex Parte Application for Extension of Time to Serve Pleading and Order Extending Time to Serve and Order Continuing Case Management Conference, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*_____  The purpose of this document is to inform **Global Excel Management, Inc.** that a lawsuit has been started against them and that they have been joined as a defendant.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Plaintiff's claim against the defendant is for damages and other relief in an amount to be determined as a result of the defendant's breach of implied-in-fact contract. See attached documents for additional information.

Date and place for entering appearance**:
*Date et lieu de la comparution:* Defendant is required to file a written response with the Clerk of Superior Court of California, County of Santa Barbara, located at 1100 Anacapa Street, Santa Barbara, California  93121-1107 USA and have a copy served on Plaintiff / Plaintiff's Attorney, Christopher Hapak, of Law Offices of Stephenson Acquisto & Colman, Inc., located at 303 N. Glenoaks Blvd., Suite 700, Burbank, CA 91502 USA within 30 calendar days after service of the attached documents.

Court which has given judgment**:
*Juridiction qui a rendu la décision:*_____  N/A

Date of judgment**:
*Date de la décision:*    N/A

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:* Defendant is required to file a written response with the Clerk of Court and have a copy served on Plaintiff / Plaintiff's Attorney, within 30 calendar days after service of the attached documents.
Failure to do so may result in the plaintiff(s) taking a default judgment against the defendant for the relief demanded in the attached documents.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*    N/A

Time limits stated in the document**:
*Indication des délias figurant dans l'acte*    N/A

---

\*    If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*   Delete if inappropriate.
*Rayer les mentions inutiles.*

Page 2

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:** GLOBAL EXCEL MANAGEMENT, INC., a
*(AVISO AL DEMANDADO):* Canadian for-profit corporation;
TICORP LIMITED, a registered Gibraltar company; HOWSERV LIMITED, a
registered UK company; and DOES 1 THROUGH 25, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:** SANTA BARBARA COTTAGE
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* HOSPITAL, a California non-profit corporation

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
11/18/2021 4:30 PM
By: Narzralli Baksh, Deputy

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER:<br>*(Número de Caso)* 21CV04590 |
|---|---|

Superior Court of California, County of Santa Barbara
1100 Anacapa Street
Santa Barbara, California 93101-1107

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Christopher Hapak, SBN 267212
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
LAW OFFICES OF STEPHENSON ACQUISTO & COLMAN, INC.
303 N. Glenoaks Blvd., Suite 700, BURBANK, CA 91502                                    (818) 559-4477

| DATE: 11/18/2021 | Clerk, by /s/ Narzralli Baksh | , Deputy |
|---|---|---|
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]
SUPERIOR COURT
SANTA BARBARA CO. CA

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

   *Global Excel Management, Inc.*

3. ☑ on behalf of *(specify):*
   under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

                                                                          Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br>Westlaw Doc. & Form Builder |
|---|---|---|

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
11/18/2021 4:30 PM
By: Narzralli Baksh, Deputy

1 | LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.
2 | CHRISTOPHER HAPAK, ESQ.  (SBN 267212)
303 N. Glenoaks Blvd., Suite 700
3 | Burbank, CA 91502-3226
Telephone:  (818) 559-4477
4 | Facsimile:  (818) 559-5484
5 | chapak@sacfirm.com
Attorneys for Plaintiff - SANTA BARBARA COTTAGE
6 | HOSPITAL, a California non-profit corporation

7

8 | SUPERIOR COURT OF CALIFORNIA

9 | FOR THE COUNTY OF SANTA BARBARA

UNLIMITED JURISDICTION
10

11 |                                                    21CV04590
SANTA BARBARA COTTAGE HOSPITAL,   CASE NO.:
12 | a California non-profit corporation,
                                                   COMPLAINT FOR DAMAGES FOR:
13 |            Plaintiff,
                                                   1.    BREACH OF IMPLIED-IN-FACT
14 |      v.                                               CONTRACT;  and

15 | GLOBAL EXCEL MANAGEMENT, INC., a    2.    *QUANTUM MERUIT.*
Canadian for-profit corporation;
16 | TICORP LIMITED, a registered Gibraltar
company; HOWSERV LIMITED, a registered
17 | UK company; and DOES 1 THROUGH 25,
INCLUSIVE,
18

19 |            Defendants.

20

21 |                    COMPLAINT FOR DAMAGES

22

23 |                              PARTIES

24

25 |           1.    Plaintiff, SANTA BARBARA COTTAGE HOSPITAL, a non-profit

26 | corporation organized and existing pursuant to the laws of the State of California (hereafter

27 | "Cottage Hospital").  Cottage Hospital has its principal place of business in the City of Santa

Barbara, County of Santa Barbara, State of California.  Cottage Hospital provides medical care
28

to patients.

FC 28553                                          - 1 -    COMPLAINT FOR DAMAGES: 1. BREACH OF
                                                           IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
                                                           MERUIT*

2.      Defendant Global Excel Management, Inc. ("Global Excel") is a Canadian for-profit corporation qualified to do business in the State of California, and is organized and existing pursuant to the laws of Canada.  Global has its principal place of business in Quebec, Canada.  Global Excel is in the business of arranging for the provision of health care services to its enrollees and/or paying for or reimbursing part or all of the cost for those services.

3.      Defendant TICORP Limited ("TICORP") is a company qualified to do business in the State of California, and is organized and existing pursuant to the laws of the United Kingdom and/or Gibraltar (a British Territory).  TICORP limited has its principal place of business in Gibraltar.  Among other things, TICORP is in the business of sponsoring or administering health plans with out-of-country coverage and travel health insurance.

4.      Defendant Howserv Limited ("Howserv") is a company qualified to do business in the State of California, and is organized and existing pursuant to the laws of the United Kingdom.  Howserv has its principal place of business in Northampton, England.  Among other things, Howserv is in the business of sponsoring or administering health plans with out-of-country coverage and travel health insurance.

5.      Cottage Hospital is unaware of the true names and capacities, whether corporate, associate, individual, partnership or otherwise of defendants Does 1 through 25, inclusive, and therefore, sues such defendants by such fictitious names.  Cottage Hospital will seek leave of the Court to amend this complaint to allege their true names and capacities when ascertained.

6.      Defendants Global Excel, TICORP, Howserv, and Does 1 through 25, inclusive, shall be collectively referred to as "Defendants."

7.      Defendants, and each of them, at all relevant times, have transacted business in the State of California.  The violations alleged within this complaint have been and are being carried out in the State of California.

FC 28553

COMPLAINT FOR DAMAGES: 1. BREACH OF IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM MERUIT*

8.     At all relevant times each of the defendants, including the defendants named "Doe," was and is the agent, employee, employer, joint venturer, representative, alter ego, subsidiary, and/or partner of one or more of the other defendants, and was, in performing the acts complained of herein, acting within the scope of such agency, employment, joint venture, or partnership authority, and/or is in some other way responsible for the acts of one or more of the other defendants.

## COMMON FACTUAL BACKGROUND

9.     Cottage Hospital provided medically necessary, emergency services, supplies and/or equipment to Patient A.T. (ID 218981**)[1] from October 2, 2019 continuously through October 22, 2019. At all relevant times, Patient A.T. was an enrolled beneficiary and/or member of a health plan sponsored, administered, and/or funded by Defendants.

10.     At all relevant times, Cottage Hospital and Defendants did not have a written agreement governing reimbursement rates for the medically necessary services, supplies and/or equipment, which Cottage Hospital rendered or would render to patients who were members of Defendants' health plan.

11.     At all relevant times, Cottage Hospital contacted Defendants by telephone to ascertain whether or not Defendants were responsible for the costs associated with the medically necessary, emergency services, supplies and/or equipment rendered to the Patient A.T. In response, Defendants' agent provided to Cottage Hospital the relevant insurance verification and insurance coverage eligibility information for Patient A.T. under Defendants health plan.

12.     At all relevant times, Defendants held itself out to be the responsible payor for the services provided to the Patient A.T.

---

[1] Cottage Hospital has limited disclosure of patient identification here pursuant to the privacy provisions of the Health Insurance Portability & Accountability Act ("HIPAA"), 42 U.S.C §§ 1320d *et seq.*, and the California Constitution, art. 1 § 1.

FC 28553

- 3 -     COMPLAINT FOR DAMAGES: 1. BREACH OF IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM MERUIT*

1      13.    Cottage Hospital rendered medically necessary, emergency services,

2  supplies and/or equipment to the Patient A.T.

3

4      14.    At all relevant times, Defendants and/or its agent authorized the medical

5  services rendered to the Patient A.T. by Cottage Hospital.

6

7      15.    Cottage Hospital's usual and customary charges for the medically

8  necessary, emergency services, supplies and/or equipment rendered to Patient A.T. were an

8  amount to be proven at trial according to proof but not less than $373,226.17.

9

10     16.    Cottage Hospital timely and properly submitted to Defendants at the

11  United States address provided by Defendants its bill for the medically necessary, emergency

12  services, supplies and/or equipment rendered to the Patient A.T., for payment by Defendants.

13

14     17.    Defendants owed Cottage Hospital a total of $373,226.17 for the

15  medically necessary, emergency services, supplies and/or equipment rendered to the Patient A.T.

16

17     18.    To date, Defendants have paid $141,825.94 to Cottage Hospital for the

17  medically necessary, emergency services, supplies and/or equipment rendered to Patient A.T.,

18  but has failed to pay Cottage Hospital the remaining $231,400.23 amount due, despite demands

19  thereof.

20

21     19.    As a result of Defendants' misconduct, Cottage has suffered damages in

22  an amount to be proven at trial according to proof but which exceeds $231,400.23, exclusive of

23  interest.

24

25

26

27

28

FC 28553                              - 4 -      COMPLAINT FOR DAMAGES: 1. BREACH OF
                                                 IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
                                                 MERUIT*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## FIRST CAUSE OF ACTION

(Implied-in-Fact Contract)

(Against Defendants,

and/or including Does 1 through 25, inclusive)

20.    Cottage Hospital incorporates by reference and re-alleges paragraphs 1 through 19 here as though set forth in full.

21.    Prior to the treatment rendered by Cottage Hospital, through custom and practice, Cottage Hospital and Defendants impliedly agreed and understood that Cottage Hospital would render medically necessary and emergency care to Defendants' enrollees, submit bills for such care to Defendants, and that Defendants would pay Cottage Hospital for the necessary medical treatment rendered to the Patient A.T. Specifically Cottage Hospital contacted Defendants to verify Patient A.T.'s healthcare eligibility under Defendants' plan and to obtain authorization from Defendants for the medical services. In response, Defendants represented that Patient A.T. was a beneficiary under Defendants' health plan.

22.    On or about the time Cottage Hospital admitted the Patient A.T., Cottage Hospital and Defendants had entered into an implied-in-fact contract as demonstrated by custom and practice as well as the actions and conduct of Defendants. Cottage Hospital alleges that Defendants offered to reimburse Cottage Hospital should Cottage Hospital provide medically necessary care to Defendants' enrollees. Cottage Hospital accepted that offer and did in fact provide medically necessary care to Defendants' enrollees. Here, Cottage Hospital properly billed Defendants for the medically necessary services rendered to Patient A.T., and Defendants did in fact actually reimburse Cottage Hospital for a portion of the services rendered in partial compliance with the implied-in-fact contract. The dispute in this matter is not whether Defendants should have paid Cottage Hospital, but rather as to the amount Defendants should

1   have paid to Cottage Hospital for the services rendered to Patient A.T.

2

3       23.    Cottage Hospital rendered medically necessary, emergency services,

4   supplies and/or equipment to the Patient A.T. from the time of the Patient A.T.'s admission to

5   the time his condition had sufficiently stabilized to enable him to be discharged.  California

6   Health & Safety Code §1371.4(b) provides, in pertinent part: "[a] health care service plan shall

7   reimburse providers for emergency services and care provided to its enrollees."  Defendants

8   violated California Health & Safety Code §1371.4(b) by failing to fully reimburse Cottage

9   Hospital for the medically necessary, emergency services, supplies and/or equipment rendered to
the Patient A.T.

10

11      24.    Cottage Hospital performed all conditions requires on its part to be

12  performed in accordance with the terms and conditions of that implied-in-fact contract.  Cottage

13  Hospital reasonably relied on Defendants promises and conduct to pay for medical services and
treated Patient A.T. in reliance on those promises and upon such conduct.

14

15      25.    Defendants breached that implied-in-fact contract by underpaying Cottage

16  Hospital for the medical necessary services, supplies and/or equipment rendered or supplied to

17  the Patient A.T.

18

19      26.    As a result of Defendants' breach of implied-in-fact contract, Cottage

20  Hospital has suffered damages in an amount to be proven at trial but not less than the sum of

21  $231,400.23, exclusive of interest.

22

23              **SECOND CAUSE OF ACTION**

24                  *(Quantum Meruit)*

25                  (Against Defendants,

26          and/or including Does 1 through 25, inclusive)

27

28      27.    Cottage Hospital incorporates by reference and re-alleges paragraphs 1

FC 28553                          - 6 -    COMPLAINT FOR DAMAGES: 1. BREACH OF
                                           IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
                                           MERUIT*

1   through 1 here as though set forth in full.

2

3          28.    By its words and/or conduct, Defendants requested that Cottage Hospital

4   provide Patient A.T. with medically necessary services, supplies and/or equipment.

5

6          29.    Acting pursuant to Defendants implied and/or express request, Cottage

7   Hospital provided Patient AT. with medically necessary services, supplies and/or equipment.

8

9          30.    Cottage Hospital's rendering of medically necessary services, supplies

10  and/or equipment to Patient A.T. was intended to, and did, benefit the Patient A.T. and therefore

    Defendants.

11

12         31.    For rendering the medically necessary services, supplies and/or equipment

13  to Patient A.T., Cottage Hospital reasonably expected full reimbursement of its billed charges at

14  its usual and customary rates.

15

16         32.    As stated above, Cottage Hospital's usual and customary total billed

17  charges for the medically necessary services, supplies and/or equipment it rendered to Patient

18  A.T. was an amount to be proven at trial according to proof but not less than $373,226.17.

19

20         33.    Cottage Hospital demanded Defendants appropriately pay for the

21  medically necessary services, supplies and/or equipment it rendered to Patient A.T. but

    Defendants failed to properly pay Cottage Hospital.

22

23         34.    As a result of Defendants' misconduct, Cottage Hospital has suffered

24  damages in an amount to be proven at trial according to proof but which exceeds $231,400.23,

25  exclusive of interest.

26

27

28

FC 28553

COMPLAINT FOR DAMAGES: 1. BREACH OF
IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
MERUIT*

## PRAYER FOR RELIEF

**WHEREFORE**, Cottage Hospital prays for judgment as follows:

For All Causes of Action;

      1.     for the principal sum of $231,400.23;

      2.     for interest on such principal sum at the rate of 15% per annum, pursuant to Cal. Health & Safety Code § 1371; or, in the alternative, for interest on such principal sum at the rate of 10% per annum, pursuant to Cal. Civ. Code § 3289;

      3.     for all costs of suit incurred herein; and,

      4.     for such other and further relief as the Court deems just and proper.

Dated: 18 November 2021

LAW OFFICES OF STEPHENSON, ACQUISTO
& COLMAN, INC.

Christopher Hapak
Attorneys for SANTA BARBARA COTTAGE
HOSPITAL, a California non-profit corporation

FC 28553

- 8 -

COMPLAINT FOR DAMAGES: 1. BREACH OF
IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
MERUIT*

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 1100 Anacapa Street<br>CITY AND ZIP CODE: Santa Barbara CA 93101<br>BRANCH NAME: Anacapa | **FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br>**11/19/2021**<br>Darrel E. Parker, Executive Officer<br>BY Baksh, Narzralli<br>Deputy Clerk |
| CAPTION:<br>Santa Barbara Cottage Hospital vs Global Excel Management Inc et al | |

| ORDER AND NOTICE OF CASE ASSIGNMENT;<br>NOTICE OF CASE MANAGEMENT CONFERENCE | CASE NUMBER:<br>**21CV04590** |
|---|---|

The above case is hereby assigned to Judge **Donna D Geck** for ALL purposes, including trial. All future matters, including ex-parte matters, are to be scheduled with the assigned judge. Counsel shall include the name of the assigned judge in the caption of every document filed with the court. The above-entitled case is hereby ordered set for:

Case Management Conference on 03/18/2022 at 8:30 AM in SB Dept 4 at the court address above.

PLAINTIFF SHALL GIVE NOTICE of this assignment to ALL parties brought into the case, including but not limited to defendants, cross-defendants and intervenors. A Proof of Service of this ORDER & NOTICE OF CASE ASSIGNMENT is to be filed with the Court within five (5) working days after service. Failure to give notice and file proof thereof or failure to appear may result in the imposition of sanctions. Pursuant to California Rule of Court 3.725, no later than fifteen (15) calendar days before the date set for the Case Management Conference, each party must file a Case Management Statement (Judicial Council form CM110). In lieu of each party filing a separate Case Management Statement, any two or more parties may file a joint statement.

Appearance by Zoom video conference is currently optional for Civil Case Management Conferences. Use the links provided to access the Remote Hearing Information flyer in English https://www.sbcourts.org/gi/notices/Zoom_Instructions.pdf, and in Spanish https://www.sbcourts.org/gi/notices/Zoom_InstructionsSP.pdf. Or visit the to the court's website at www.sbcourts.org and click on Remote Appearance by Zoom.

At the Court's discretion counsel, parties and insurance representatives (if any) with full settlement authority may be required to attend a CADRe Information Meeting within ten (10) days of the Conference date.

Dated: 11/19/2021

_Pauline Maxwell_

Judge of the Superior Court
Pauline Maxwell

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this action and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown, and that the mailing of the foregoing and execution of this certificate occurred at (place): Santa Barbara, California on: 11/19/21.

Christopher Hapak
Law Offices of Stephenson Acquisto & Colman Inc
303 N Glenoaks Blvd Suite 700
Burbank CA 91502

Darrel E. Parker, Executive Officer     By     Narzralli Baksh     Deputy Clerk

Pursuant to CRC 2.259 this document has been electronically filed by the
Superior Court of California, County of Santa Barbara, on 1/11/2022

CM-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>CHRISTOPHER HAPAK, ESQ.　　SBN: 267212<br>LAW OFFICES OF STEPHENSON ACQUISTO & COLMAN, INC.<br>303 N. Glenoaks Blvd., Suite 700, BURBANK, CA 91502<br>　TELEPHONE NO.: (818) 559-4477　　FAX NO. *(Optional):* (818) 559-5484<br>E-MAIL ADDRESS *(Optional):* chapak@sacfirm.com<br>　ATTORNEY FOR *(Name):* Plaintiff, Santa Barbara Cottage Hospital | FOR COURT USE ONLY<br>**FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br>**01/12/2022**<br>Darrel E. Parker, Executive Officer<br>BY　Baksh, Narzralli<br>　　　　　　　　Deputy Clerk |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
　STREET ADDRESS: 1100 Anacapa Street
　MAILING ADDRESS: P.O. Box 21107
　CITY AND ZIP CODE: Santa Barbara, 93121-1107
　BRANCH NAME: Santa Barbara - Anacapa Division

PLAINTIFF/PETITIONER: Santa Barbara Cottage Hospital

DEFENDANT/RESPONDENT: Global Excel Management, Inc., et al.

| EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE<br>PLEADING AND [ X ] ORDER EXTENDING TIME TO SERVE AND<br>[ X ] ORDER CONTINUING CASE MANAGEMENT CONFERENCE | CASE NUMBER:<br>21CV04590 |
|---|---|
| Note: This ex parte application will be considered without a personal appearance.<br>(See Cal. Rules of Court, rule 3.1207(2).) | HEARING DATE: March 18, 2022<br>DEPT.: 4　　　　TIME: 8:30 A.M. |

1. Applicant *(name):* Plaintiff, Santa Barbara Cottage Hospital
   is
   a. [ X ] plaintiff
   b. [ ] cross-complainant
   c. [ ] petitioner
   d. [ ] defendant
   e. [ ] cross-defendant
   f. [ ] respondent
   g. [ ] other *(describe):*

2. The complaint or other initial pleading in this action was filed on *(date):* 11/18/2021

3. Applicant requests that the court grant an order extending time for service of the following pleading:
   a. [ X ] Complaint
   b. [ ] Cross-complaint
   c. [ ] Petition
   d. [ ] Answer or other responsive pleading
   e. [ X ] Other *(describe):* Summons, Notice of Case Management Conference, Civil Case Cover Sheet and Civil Case Cover
   Addendum

4. Service and filing of the pleading listed in item 3 is presently required to be completed by *(date):* 1/17/2022

5. Previous applications, orders, or stipulations for an extension of time to serve and file in this action are:
   a. [ X ] None
   b. [ ] The following *(describe all, including the length of any previous extensions):*

6. Applicant requests an extension of time to serve and file the pleading listed in item 3 on the following parties *(name each):*
   As to all Defendants: 1. Global Excel Management, Inc. 2. TICORP Limited and 3. HQWSERV Limited.

CM-020

| CASE NAME: Santa Barbara Cottage Hospital v. Global Excel Management, Inc. | CASE NUMBER: 21CV04590 |
|---|---|

7. The pleading has not yet been filed and served on the parties listed in Item 6 for the following reasons *(describe the efforts that have been made to serve the pleading and why service has not been completed)*:
Global Excel Management, Inc. is a Canadian corporation - service for Global requires portions of the documents to be translated into French; TICORP Limited, and HOWSERV Limited, are located in the United Kingdom. Additional time is

[ X ] Continued on Attachment 7.

8. An extension of time to serve and file the pleading should be granted for the following reasons:
All Defendants reside outside the USA. Due to Covid restrictions, and translation and certification of documents, Plaintiff requires additional time to complete service, file proofs of service, up to and including April 18, 2022.

[ ] Continued on Attachment 8.

9. If an extension of time is granted, filing and service on the parties listed in Item 6 will be completed by *(date)*: April 18, 2022

10. Notice of this application under rules 3.1200–3.1207 [ ] has been provided as required *(describe all parties or counsel to whom notice was given; the date, time, and manner of giving notice; what the parties or counsel were told and their responses; and whether opposition is expected)* or [ X ] is not required *(state reasons)*:
Service is not complete to allow for parties or counsel to respond.

[ ] Continued on Attachment 10.

11. Number of pages attached: 1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/11/2022

CHRISTOPHER HAPAK, ESQ.
(TYPE OR PRINT NAME OF APPLICANT OR ATTORNEY FOR APPLICANT)

▶

(SIGNATURE OF APPLICANT OR ATTORNEY FOR APPLICANT)

Order on Application is [ X ] below [ ] on a separate document.

## ORDER

1. The application for an order extending time to serve and file the pleading is [ X ] granted [ ] denied.
2. The pleading must be served and filed no later than *(date)*: **April 18, 2022**
3. [ X ] The case management conference is rescheduled to:
   a. Date: **4/29/2022**
   b. Time: **8:30 AM**
   c. Place: **Dept. 4**
4. Other orders:

5. A copy of this application and order must be served on all parties or their counsel that have appeared in the case.

Date: **01/12/2022**

JUDICIAL OFFICER

Donna D. Geck

CM-020 [Rev. January 1, 2008]

**EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING AND ORDERS**

Page 2 of 2

MC-025

| SHORT TITLE: Santa Barbara Cottage Hospital v. Global Excel Management, Inc. | CASE NUMBER: 21CV04590 |
|---|---|

**ATTACHMENT** *(Number):* ____7____

*(This Attachment may be used with any Judicial Council form.)*

required due to Covid restrictions.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ___1___ of ___1___

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Christopher Hapak, Esq.    SBN: 267212<br>LAW OFFICES OF STEPHENSON ACQUISTO & COLMAN, INC.<br>303 N. Glenoaks Blvd., Suite 700, BURBANK, CA 91502<br>TELEPHONE NO.(818) 559-4477    FAX NO. *(Optional):*(818) 559-5484<br>E-MAIL ADDRESS: chapak@sacfirm.com<br>ATTORNEY FOR *(Name):*Plaintiff, Santa Barbara Cottage Hospital | **ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>11/18/2021 4:30 PM<br>By: Narzralli Baksh, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS: P.O. Box 21107
CITY AND ZIP CODE: Santa Barbara, 93121-1107
BRANCH NAME: Santa Barbara - Anacapa Division

CASE NAME: Santa Barbara Cottage Hospital v. Global Excel Management, Inc., et al

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: **21CV04590** |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [X] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* 1. Breach of Implied-In-Fact Contract; and 2. Quantum Meruit
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 11-18-2021
Christopher Hapak, Esq.
_____
(TYPE OR PRINT NAME)                                                     ▶                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
**CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov



CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice–Physicians & Surgeons
- Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease
    - Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
- Confession of Judgment *(non-domestic relations)*
- Sister State Judgment
- Administrative Agency Award *(not unpaid taxes)*
- Petition/Certification of Entry of Judgment on Unpaid Taxes
- Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

1 | **PROOF OF SERVICE**

2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3
4    I am over the age of 18 and not a party to this action.  I am employed in
5 the county where the service occurred; my business address is 222 N. Pacific
6 Coast Highway, Suite 2000, Los Angeles, CA 90245.

    On the undersigned date, I caused to be served the following documents:

7
8    **Defendants Global Excel Management, Inc., TICORP Limited, and Howserv Limited's Notice of Removal of Action to Federal Court pursuant to 28 U.S.C. § 1441**

9
10   I caused the documents to be served on the interested parties:

11   Christopher Hapak
12   LAW OFFICES OF STEPHENSON
     ACQUISTO & COLMAN, INC.
13   303 N. Glenoaks Blvd., Suite 700
     Burbank, CA 91502
14   chapak@sacfirm.com

15   *Counsel for Plaintiff Santa Barbara Cottage Hospital*

16   I emailed the documents to the interested parties.

17
18   I declare under penalty of perjury under the laws of the United States of
19 America that the foregoing is true and correct.

20
21 Dated: February 23, 2022

22                                    Dan Terzian

**WARREN TERZIAN LLP**